AO 120 (Rev. 3/04)

E-filing 

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of California__ on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED 4/14/2010 | U.S. DISTRICT COURT Northern District of California |
|---|---|---|
| PLAINTIFF<br>Top Victory Electronics (Taiwan) Co., Ltd.; TPV International (USA), Inc.; TPV Electronics (Fujian) Co., Top Victory Electronics (Fujian) Co., Ltd., et al. | | DEFENDANT<br>Hitachi, Ltd.; Inpro Licensing SARL<br>CV 10 1579 CRB |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,057,812 | 5/2/2000 | Mondis Technology, Ltd. |
| 2 | 6,304,236 | 10/16/2001 | Mondis Technology, Ltd. |
| 3 | 6,639,588 | 10/28/2003 | Mondis Technology, Ltd. |
| 4 | 6,686,895 | 2/3/2004 | Mondis Technology, Ltd. |
| 5 | 7,089,342 | 8/8/2006 | Mondis Technology, Ltd. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE<br>APR 1 4 2010 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

By Fax


AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of California__ on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED 4/14/2010 | U.S. DISTRICT COURT Northern District of California |
|---|---|---|
| PLAINTIFF<br><br>Top Victory Electronics (Taiwan) Co., Ltd.; TPV International (USA), Inc.; TPV Electronics (Fujian) Co., Top Victory Electronics (Fujian) Co., Ltd., et al. | | DEFENDANT<br><br>Hitachi, Ltd.; Inpro Licensing SARL |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 7,475,180 | 1/6/2009 | Mondis Technology, Ltd. |
| 2 | 7,475,181 | 1/6/2009 | Mondis Technology, Ltd. |
| 3 | 5,502,497 | 3/26/1996 | Hitachi, Ltd. |
| 4 | 5,534,934 | 7/9/1996 | Hitachi, Ltd. |
| 5 | 5,828,417 | 10/27/1998 | Hitachi, Ltd. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading |  |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __Northern District of California__ on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED 4/14/2010 | U.S. DISTRICT COURT Northern District of California |
|---|---|---|
| PLAINTIFF<br><br>Top Victory Electronics (Taiwan) Co., Ltd.; TPV International (USA), Inc.; TPV Electronics (Fujian) Co., Top Victory Electronics (Fujian) Co., Ltd., et al. | | DEFENDANT<br><br>Hitachi, Ltd.; Inpro Licensing SARL |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,037,995 | 3/14/2000 | Hitachi, Ltd. |
| 2 | 6,185,228 | 2/6/2001 | Hitachi, Ltd. |
| 3 | 6,388,713 | 5/14/2002 | Hitachi, Ltd., Hitachi Video and Information System, Inc. |
| 4 | 6,549,243 | 4/15/2003 | Hitachi, Ltd. |
| 5 | 6,600,870 | 7/29/2003 | Hitachi, Ltd. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1 — Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2 —Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Northern District of California** on the following ☒ Patents or ☐ Trademarks:

| DOCKET NO. | DATE FILED 4/14/2010 | U.S. DISTRICT COURT Northern District of California |
|---|---|---|
| PLAINTIFF<br><br>Top Victory Electronics (Taiwan) Co., Ltd.; TPV International (USA), Inc.; TPV Electronics (Fujian) Co., Top Victory Electronics (Fujian) Co., Ltd., et al. | | DEFENDANT<br><br>Hitachi, Ltd.; Inpro Licensing SARL |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 6,693,966 | 2/17/2004 | Hitachi, Ltd. |
| 2 | 7,012,769 | 3/14/2006 | Hitachi, Ltd. |
| 3 | 7,286,310 | 10/23/2007 | Hitachi, Ltd. |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy