1  Jill F. Kopeikin (SBN 160792)
   jill.kopeikin@dechert.com
2  **DECHERT LLP**
   2440 W. El Camino Real, Suite 700
3  Mountain View, CA 94040
   Telephone: 650.813.4800
4  Facsimile: 650.813.4848

5  Attorneys for Defendants,
   HITACHI, LTD. and INPRO LICENSING
6  SARL

7  Mark A. Samuels (SBN 107026)
   msamuels@omm.com
8  Nicholas J. Whilt (SBN 247738)
   nwhilt@omm.com
9  **O'MELVENY & MYERS LLP**
   400 South Hope Street
10 Los Angeles, CA 90071-2899
   Telephone: (213) 430-6000
11 Facsimile: (213) 430-6407

12 Attorneys for Plaintiffs

13
                    UNITED STATES DISTRICT COURT
14
                   NORTHERN DISTRICT OF CALIFORNIA
15
                        SAN FRANCISCO DIVISION
16

17 TOP VICTORY ELECTRONICS (TAIWAN)           Case No. CV-10-1579-CRB
   CO., LTD, a Taiwanese corporation; TPV
18 INTERNATIONAL (USA), INC., a California    **STIPULATION AND [PROPOSED]**
   corporation; TPV ELECTRONICS (FUJIAN)      **ORDER RE INITIAL CASE**
19 CO., LTD., a Chinese corporation; TOP      **MANAGEMENT CONFERENCE AND**
   VICTORY ELECTRONICS (FUJIAN) CO.,          **MOTION HEARING DATES**
20 LTD., a Chinese corporation; and ENVISION
   PERIPHERALS, INC., a California            **Judge:** Hon. Charles R. Breyer
21 corporation,

22         Plaintiffs,

23
           vs.
24

25 HITACHI, LTD., a Japanese corporation; and
   INPRO LICENSING SARL, a Luxembourg
26 SARL,

27         Defendants.

28

STIP. & [PROPOSED] ORDER RE HEARING DATES; CV-10-1579-CRB                    1

Pursuant to Local Rule 6-2, Plaintiffs Top Victory Electronics (Taiwan) Co., Ltd., TPV International (USA), Inc., TPV Electronics (Fujian) Co., Ltd., Top Victory Electronics (Fujian) Co., Ltd., and Envision Peripherals, Inc. (collectively, "Plaintiffs") and Defendants Hitachi, Ltd., and Inpro Licensing Sarl (collectively, "Defendants") hereby stipulate, subject to the Court's approval, that the Initial Case Management Conference, the hearing on Plaintiffs' Motion to Enjoin Hitachi's Prosecution of Duplicative and Later-Filed Texas Action (Docket No. 23), and the hearing on Defendants' Motion to Dismiss the Complaint (Docket No. 19), be continued to Friday, September 24, 2010. The Parties agree that the briefing schedule for the above motions remain as currently established.

The Parties agree that it would be a more efficient use of the Court's time to conduct the Initial Case Management Conference and the motion hearings together, as either motion could significantly affect future proceedings. Defendants' lead trial counsel will be unavailable on September 10, 2010 due to religious observance.

The Parties therefore agree to defer the Initial Case Management Conference and the hearings on the two pending motions until Friday September 24, 2010, or other such time as is convenient for the Court. This modification will affect the deadlines for submission of the Parties' Joint Case Management Statement and the Parties' Rule 26 compliance, but will not otherwise alter any dates on the schedule for this case. Prior to Defendants appearing in this matter, Plaintiffs requested that the Court reschedule the Initial Case Management Conference. No other extensions have been requested to date.

Dated: August 13, 2010                    O'MELVENY & MYERS LLP

By: /s/ Nicholas J. Whilt
Mark A. Samuels
Brian M. Berliner
Ryan K. Yagura
Nicholas J. Whilt
Alan D. Tse
Attorneys for Plaintiffs
TOP VICTORY ELECTRONICS
(TAIWAN) CO., LTD., TPV
INTERNATIONAL (USA), INC., TPV
ELECTRONICS (FUJIAN) CO., LTD.,
TOP VICTORY ELECTRONICS
(FUJIAN) CO., LTD., and ENVISION
PERIPHERALS, INC.

Dated: August 13, 2010                    DECHERT LLP

By: /s/ Jill F. Kopeikin
Jill F. Kopeikin
Attorneys for Defendants
HITACHI, LTD. and INPRO LICENSING,
SARL

## ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED AS FOLLOWS:.

- The hearing on Plaintiffs' Motion to Enjoin Hitachi's Prosecution of Duplicative and Later-Filed Texas Action (Docket No. 23) and Defendants' Motion to Dismiss the Complaint (Docket No. 19) is hereby continued from September 10, 2010 to September 24, 2010 at 10:00 a.m.;

- The Initial Case Management Conference is hereby continued from September 3, 2010 to September 24, 2010 at 10:00 a.m.;
- Defendants' Opposition to Plaintiffs' Motion to Enjoin Hitachi's Prosecution of Duplicative and Later-Filed Texas Action (Docket No. 23) will remain due on August 20, 2010;
- Plaintiffs' Opposition to Defendants' Motion to Dismiss the Complaint (Docket No. 19) will remain due on August 20, 2010;
- Plaintiffs' Reply in Support of their Motion to Enjoin Hitachi's Prosecution of Duplicative and Later-Filed Texas Action (Docket No. 23) will remain due on August 27, 2010; and
- Defendants' Reply in Support of their Motion to Dismiss the Complaint (Docket No. 19) will remain due on August 27, 2010.

DATED: _____ August 19, 2010



HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

STIP. & [PROPOSED] ORDER RE HEARING DATES; CV-10-1579-CRB

4