1  MARK SAMUELS (S.B. #107026)
   msamuels@omm.com
2  BRIAN BERLINER (S.B. #156732)
   bberliner@omm.com
3  RYAN K. YAGURA (S.B. #197619)
   ryagura@omm.com
4  NICHOLAS J. WHILT (S.B. #247738)
   nwhilt@omm.com
5  O'MELVENY & MYERS LLP
   400 South Hope Street
6  Los Angeles, CA  90071-2899
   Telephone:    (213) 430-6000
7  Facsimile:    (213) 430-6407

8  Attorneys for Plaintiffs TOP VICTORY
   ELECTRONICS (TAIWAN) CO., LTD., TPV
9  INTERNATIONAL (USA), INC., TPV
   ELECTRONICS (FUJIAN) CO., LTD., TOP
10 VICTORY ELECTRONICS (FUJIAN) CO., LTD.,
   and ENVISION PERIPHERALS, INC.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| TOP VICTORY ELECTRONICS (TAIWAN) CO., LTD., a Taiwanese corporation; TPV INTERNATIONAL (USA), INC., a California corporation; TPV ELECTRONICS (FUJIAN) CO., LTD., a Chinese corporation; TOP VICTORY ELECTRONICS (FUJIAN) CO., LTD., a Chinese corporation; and ENVISION PERIPHERALS, INC., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>HITACHI, LTD., a Japanese corporation; INPRO LICENSING SÀRL, a Luxembourg SARL,<br><br>Defendants. | Case No. CV 10-01579 CRB<br><br>**STIPULATION CONTINUING CASE MANAGEMENT CONFERENCE AND HEARING ON PENDING MOTIONS; ORDER THEREON [PROPOSED]**<br><br>Judge: Hon. Charles R. Breyer<br><br>Case Management Conference and hearing on pending motions date: October 22, 2010, at 10 a.m.<br><br>Case Management Conference and hearing on pending motions date [Proposed]: November 5, 2010, at 10 a.m.<br><br>Courtroom: 8 |

CASE NO. C-10-01579 CRB                    STIP. CONTINUING CMC AND HEARING ON
                                           PENDING MOTIONS; [PROPOSED] ORDER

1  Pursuant to Local Rule 6-2, Plaintiffs Top Victory Electronics (Taiwan) Co., Ltd., TPV International (USA), Inc., TPV Electronics (Fujian) Co., Ltd., Top Victory Electronics (Fujian) Co., Ltd., and Envision Peripherals, Inc. (collectively, "Plaintiffs") and Defendants Hitachi, Ltd. and Inpro Licensing SARL (collectively, "Defendants") jointly submit this Stipulation Continuing Case Management Conference and Hearing on Pending Motions:

**STIPULATION**

WHEREAS, three motions are pending before the Court: Plaintiffs' Motion to Enjoin Hitachi's Prosecution of Duplicative and Later-Filed Texas Action (D.I. 23), Plaintiffs' Motion for Leave to File Second Amended Complaint (D.I. 40), Defendants' Motion to Dismiss the Complaint (D.I. 19) (collectively, the "Pending Motions");

WHEREAS, the Court's Order of September 13, 2010 (D.I. 62) continued the Initial Case Management Conference and the hearing on the Pending Motions to October 22, 2010, at 10:00 a.m.;

WHEREAS, lead counsel for Plaintiffs has a pre-existing scheduling conflict preventing his appearance before the Court on October 22, 2010, the currently-scheduled date for the Initial Case Management Conference and hearing on the Pending Motions;

WHEREAS, counsel for the parties have conferred and agreed, subject to the approval of the Court, that the Initial Case Management Conference and hearing on all pending motions be continued to November 5, 2010, at 10 a.m.;

WHEREAS, other time modifications in this case include an Order dated June 30, 2010 (D.I. 13) continuing the Initial Case Management Conference from July 30, 2010 to September 3, 2010; a Stipulation and Order continuing the Initial Case Management Conference and hearing on the pending motions to September 24, 2010 (D.I. 3-1); and the Court's sua sponte Order dated September 13, 2010 (D.I. 62) continuing the Initial Case Management Conference and hearing on the Pending Motions to October 22, 2010;

1  WHEREAS, this modification will affect the deadlines for submission of the parties' Joint Case Management Statement and the parties' Rule 26 compliance, but will not otherwise alter any other dates on the schedule for this case.

NOW THEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD AND SUBJECT TO THE APPROVAL OF THE COURT, AS FOLLOWS:

1. The Initial Case Management Conference and the hearing on the Pending Motions are hereby continued from October 22, 2010 to November 5, 2010 at 10:00 a.m.

Dated: October 4, 2010

MARK A. SAMUELS
BRIAN M. BERLINER
RYAN K. YAGURA
NICHOLAS J. WHILT
O'MELVENY & MYERS LLP

By: */s/ Nicholas J. Whilt*
      Nicholas J. Whilt

Attorneys for Plaintiffs Top Victory Electronics (Taiwan) Co., Ltd., TPV International (USA), Inc., TPV Electronics (Fujian) Co., Ltd., Top Victory Electronics (Fujian) Co., Ltd., and Envision Peripherals, Inc.

Dated: October 4, 2010

JILL F. KOPEIKIN
DECHERT LLP

By: */s/ Jill F. Kopeikin*
      Jill F. Kopeikin

Attorneys for Defendants Hitachi, Ltd. and Inpro Licensing SARL

1 **CERTIFICATION PURSUANT TO GENERAL ORDER 45**

2    Pursuant to General Order 45X.B, I, Nicholas J. Whilt, attest that the above

3 signatory for the Defendants has concurred and consented to the filing of this document.

4                                              By: */s/ Nicholas J. Whilt*

   Dated: October 4, 2010                         Nicholas J. Whilt

5

## ORDER

10    IT IS SO ORDERED.

12 Dated:   October 4, 2010

_____
Hon. Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA